IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CV-0056-BO

| NATONYA OWENS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| UNIVERSITY OF NORTH CAROLINA at PEMBROKE, | ) | |
| Defendant. | ) | |

This matter comes before the court on defendant's unopposed motion to stay discovery [DE-15] in this matter, including the deadlines in the order for discovery plan [DE-11]. Defendant filed a memorandum in support of the motion [DE-16]. On April 30, 2024, plaintiff filed an amended complaint [DE-13], and defendant's time to respond has not yet expired. Defendant seeks a stay: (i) until thirty days after defendant files an answer to the amended complaint, or (ii) should defendant move to dismiss the amended complaint, until thirty days after the court rules on that motion. For good cause shown for the reasons stated in defendant's motion to stay discovery and memorandum in support thereof, including that plaintiff does not oppose the motion, the motion [DE-15] is GRANTED.

IT IS THEREFORE ORDERED that all discovery in this case is STAYED, including the deadlines in the order for discovery plan [DE-11], until (i) thirty days after defendant files an answer to the amended complaint, or (ii) should defendant move to dismiss the amended complaint, thirty days after the court rules on that motion.

Unless otherwise ordered by the court, the parties shall participate in a Rule 26(f) conference within 30 days of (i) the filing of the answer to the amended complaint; or (ii) the court's ruling on a motion to dismiss the amended complaint, should any claims remain. The parties shall file a Rule 26(f) report within 14 days of the parties' conference.

SO ORDERED, this the 7th day of May, 2024.

_____
Brian S. Meyers
United States Magistrate Judge