UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:24-cv-00056-BO-BM

| | |
|---|---|
| NATONYA OWENS, | ) |
| Plaintiff, | ) |
| v. | ) **RULE 502(D) ORDER** |
| THE UNIVERSITY OF NORTH CAROLINA AT PEMBROKE, | ) |
| Defendant. | ) |

1.    The production of privileged or work-product protected documents, electronically stored information ("ESI"), or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2.    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or other information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

SO ORDERED this the ___ day of April, 2025.

_____
United States District Court Judge